**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1463**

ERNEST FRANKLIN COBLE, JR.,

Plaintiff - Appellant,

v.

WILLIAM J. WILKINS; INTERNAL REVENUE SERVICE; EXAMINER #0469241048; UNITED STATES OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. James A. Beaty, Jr., Chief District Judge. (1:11-cv-00211-JAB-JEP)

Submitted: July 26, 2012          Decided: August 1, 2012

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ernest Franklin Coble, Jr., Appellant Pro Se. Kenneth L. Greene, Supervisory Attorney, Sara Ann Ketchum, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Franklin Coble, Jr., appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his action brought pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692p (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Coble v. Wilkins, No. 1:11-cv-00211-JAB-JEP (M.D.N.C. Mar. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED